IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14cv-02143-BNB

MICHAEL SCOTT MILLER,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## ORDER DRAWING CASE

    After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be placed on the AP docket.  Accordingly, it is

    ORDERED that this case shall be placed on the AP docket.

    DATED August 11, 2014, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge