IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 14-cv-02143-AP

**MICHAEL SCOTT MILLER,**

        Plaintiff,

v.

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social Security,**

        Defendant.

---

## ORDER SETTING ORAL ARGUMENT

Kane, J.

    This appeal of the Commissioner's Final decision is before me on Plaintiff's Motion For Emergency Hearing (Doc. 22). Having reviewed the Motion and the related documents, together with the Complaint, IT IS ORDERED that the Motion is construed as a Motion to Reopen the *pro se* appeal and is set for oral argument on **September 9, 2015, at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Argument shall be on the merits of the appeal.

    In anticipation of oral argument, the defendant shall have 30 days to file a brief in support of the Commissioner's final decision. The brief shall be filed on or before August 20, 2015.

    If the above setting conflicts with counsel's schedule or otherwise needs to be reset, counsel shall confer with the plaintiff and place a joint call to chambers with their

calendars available.

Dated:  July 20, 2015                            **s/John L. Kane**
                                                 SENIOR U.S. DISTRICT JUDGE